IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JAMES CURRY, JR.** **PLAINTIFF**

v. No. 1:22CV98-DAS

**STEVEN JOHNSON, ET AL.** **DEFENDANTS**

### ORDER OF DISMISSAL

The court takes up, *sua sponte*, the dismissal of this cause. On July 25, 2022, the court entered an order requiring the plaintiff to pay the filing fee in this case within 21 days. The court cautioned the plaintiff that failure to comply with the order would result in the dismissal of this case without prejudice. Despite this warning, the plaintiff has failed to comply with the court's order, and the deadline for compliance passed on August 15, 2022. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b). In light of this ruling the plaintiff's motion [12] to extend the deadline to pay the filing fee and his motion [10] for a jury trial are **DISMISSED** as moot.

**SO ORDERED**, this, the 22nd day of August, 2022.

/s/ David A. Sanders
DAVID A. SANDERS
UNITED STATES MAGISTRATE JUDGE